LETHBRIDGE v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Eugene F. Lethbridge against the mayor of the city of New York. No opinion. Motion granted, with $10 costs.

LETO, Respondent, v. SMITH, Appellant (two cases). (Supreme Court, Appellate Term. October 25, 1899.) Actions by August L. Leto and Celestine Leto, respectively, against William R. Smith. There was a judgment for plaintiff in each action, and defendant appeals. Reversed. James R. Bowen, for appellant. Charles F. Bliss, for respondents.

PER CURIAM. The record failing to show that the defendant resides within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs in each case to the appellant to abide the event.

LEWIN et al., Respondents, v. TOWBIN, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Julius Lewin and another against Bernard Towbin. From a judgment in favor of plaintiffs, defendant appeals. Reversed. Abraham B. Schliemer, for appellant. Robert L. Turk, for respondents.

PER CURIAM. The record failing to show that the residence of the defendant is within the jurisdiction of the court below, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

LITT, Respondent, v. WABASH R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Jacob Litt against the Wabash Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

LITTLEJOHN, Respondent, v. LEFFINGWELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Margaret E. Littlejohn against Lucy A. L. Leffingwell, individually and as executrix, etc., and Elisha Dyer Leffingwell and others. No opinion. Order resettled. See 59 N. Y. Supp. 1108.

LOFFLER, Appellant, v. FINT, Respondent. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Action by Charles Loffler against Mary Fint. No opinion. Judgment of the municipal court affirmed, on argument, with costs.

LOWERY, Appellant, v. NEW YORK ICE CO., Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Albert Lowery, an infant, by Isaac Lowery, his guardian, against New York Ice Company. From a judgment dismissing plaintiff's complaint (55 N. Y. Supp. 707), he appeals. Affirmed. Herman Gottlieb, for appellant. H. C. Smyth, for respondent.

PER CURIAM. As no exception appears in the record, there is nothing for us to review. Judgment affirmed, with costs.

LUND v. LUND et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Jesse D. Lund against Harriet Lund and another. No opinion. Motion denied, with $10 costs.

In re LYMAN. In re LAXAROWITZ. (Supreme Court, Appellate Division, First Department. October 20, 1899.) In the matter of Henry H. Lyman, commissioner. In the matter of Laxarowitz. No opinion. Motion granted, with $10 costs.

LYMAN, Respondent, v. GRIFFIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Lyman, as state commissioner of excise, against Norris Griffin and the American Bonding & Trust Company. No opinion. Order modified, by striking out the item of $10 costs, and, as thus modified, affirmed, without costs of this appeal to either party.

LYMAN, Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Henry H. Lyman, as state commissioner of excise, against James Hayes and the Fidelity & Deposit Company of Maryland. No opinion. Judgment affirmed, with costs.

McBRIDE et al., Appellants, v. MAPES-REEVES CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by John J. McBride and another against Mapes-Reeves Construction Company. C. De H. Brower, for appellants. W. F. Kimber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McGRADY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by John J. McGrady against the Metropolitan Street-Railway Company. There was judgment for plaintiff, and defendant appeals. Reversed. Henry A. Robinson, for appellant. Robert Gibson, Jr., for respondent.

FREEDMAN, P. J. Under the stipulation entered into between the parties in this action at the beginning of the trial of the case of Williamson v. This Defendant (Sup.) 60 N. Y. Supp. 477, this case was tried before the same jury as the Williamson Case, and the testimony taken in that case, so far as the same was applicable to this case, was to be taken as a part of the evidence and record in this case. The opinion given in the Williamson Case, therefore, applies to this, and the result is the same. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

MacLEAN, J., concurs. LEVENTRITT, J., takes no part.

McKIERNAN, Respondent, v. BALLIN et al., Appellants. (Supreme Court, Appellate Term.